THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 
 Marcus Antonio Woods, Appellant.
 
 
 

Appeal From Richland County
John L. Breeden, Circuit Court Judge
Unpublished Opinion No. 2008-UP-016
Submitted January 1, 2008  Filed January 10, 2008    

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, of Columbia; Solicitor Warren B. Geise, for Respondent.
 
 
 

PER
 CURIAM:  Marcus Antonio Woods appeals his guilty pleas and
 sentence of fourteen years imprisonment for second-degree criminal sexual
 conduct with a minor and resisting arrest, arguing the plea court failed to
 comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
 (1969), in accepting his plea. After a thorough review of the record, counsels brief,
 and Woods pro se brief, pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Woods appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
HUFF AND PIEPER, JJ., AND GOOLSBY, A.J., CONCUR.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.